# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-2369
L.T. Case No. 16-2022-CF-005819-A

_____

WILLIAM STANLEY JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

William Stanley Johnson, Lake City, pro se.

No Appearance for Appellee.

January 22, 2026

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____